Anne M. Bevington (SBN 111320)
Tino X. Do (SBN 221346)
Allan D. Shuldiner (SBN 252259)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: abevington@sjlawcorp.com
Email: tdo@sjlawcorp.com
Email: ashuldiner@sjlawcorp.com

Attorneys for Plaintiffs PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.

Ronald W. Brown (SBN 107340)
Barbara A. Cotter (SBN 142590)
COOK BROWN, LLP
2407 J Street, Second Floor
Sacramento, CA 95816
Telephone: (916) 442-3100
Email: rbrown@cookbrown.com
Email: bcotter@cookbrown.com

Attorneys for Defendants GABE MENDEZ, INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GABE MENDEZ, INC., a California corporation, et al.,<br><br>        Defendants. | Case No. 3:20-cv-06075-RS (TSH)<br><br>**JOINT STIPULATION TO REOPEN CASE AND ENTER DISMISSAL WITH PREJUDICE; ORDER THEREON** |

1

Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineers, et al. ("Plaintiffs" or "Pension Plan") and Defendants Gabe Mendez, Inc. ("Gabe Mendez"), Mendez Construction, Inc. ("Mendez Construction"), Vina Castellano LLC ("Vina Castellano"), and Carolyn A. Mendez as Trustee of the Mendez Family Trust dated August 22, 1990 ("Carolyn A. Mendez") (collectively, "Defendants"), by and through their respective counsel of record, hereby agree and stipulate to reopen the case and enter a voluntary dismissal of the entire action with prejudice.

On August 11, 2021, the Court ordered that the case be dismissed without prejudice following the parties' notification that they had executed a confidential settlement for the resolution of the case.

The parties now request that the Court amend its Order of Dismissal without prejudice to dismiss the Action with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

DATED: September 28, 2021         **SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/S/_____
Tino X. Do
Attorneys for Plaintiffs

DATED: September 28, 2021         **COOK BROWN, LLP**

By: _____/S/_____
Ronald W. Brown
Barbara A. Cotter
Attorneys for Defendants

**ORDER**

The parties having stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that this action be, and it hereby is, DISMISSED with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 28, 2021

_____
UNITED STATES DISTRICT JUDGE
RICHARD SEEBORG